IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **YOUSSEF EZZAKMOTI,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02196-JTM-GLR |
| | ) | |
| v. | ) | Judge Marten |
| | ) | Magistrate Judge Rushfelt |
| **NATIONAL CREDIT SYSTEMS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

IT IS SO ORDERED this 19th day of August, 2010.

 s/ J. Thomas Marten
Hon. J. Thomas Marten
United States District Judge

1